## FRANK A. IANNOTTI *v.* AMPHENOL/SPECTRA-STRIP, INC., ET AL.
### (14784)

O'Connell, Heiman and Schaller, Js.

Submitted on briefs January 9—decision released January 30, 1996

*Scott Wilson Williams* and *James D. Moran, Jr.*, filed a brief for the appellants (defendants).

*Robert F. Carter* filed a brief for the appellee (plaintiff).

PER CURIAM. The decision of the workers' compensation review board is affirmed.